**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al*.[1]<br><br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; KEILLOR CAPITAL, INC., a California corporation; RAF PACIFICA LOAN OPPORTUNITY FUND I, LLC, a Delaware limited liability company; ARNOLD FISHMAN, AS TRUSTEE OF THE ARNOLD FISHMAN REVOCABLE TRUST DATED JULY 15, 1999; CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL, a Washington limited liability company; SILVERROCK RESORT INVESTMENT M, LLC, a Wisconsin limited liability company; SILVERROCK RESORT INVESTMENT LLC, a Wisconsin limited liability company; and POPPY BANK, a California corporation,<br><br>Defendants. | Adv. Pro. No. 26-50631 (MFW) |

**<u>STIPULATION FOR EXTENSION OF TIME</u>**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Granite Construction Company and Defendants, SilverRock Resort Investment, LLC ("SRI") and SilverRock Resort Investment M, LLC ("SRIM," together with SRI, the "Defendants" or "EB-5 Lenders"), that:

1. The time within which the EB-5 Lenders must answer, move, or otherwise respond to the complaint in the above-captioned adversary proceeding is extended through and including September 30, 2026.

Dated: September 16, 2026

**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

*/s/ Susan E. Kaufman*
Susan E. Kaufman (Bar No. 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
Phone: 302-472-7420
skaufman@skaufmanlaw.com

AND

**BARCLAY DAMON LLP**

Ilan Markus
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Phone: 203-672-2611
imarkus@barclaydamon.com

AND

**FINCH, THORNTON & BAIRD, LLP**

Andrea L. Petray
Lindsey C. Herzik
4747 Executive Drive
San Diego, CA 92121
Phone: 858-737-3100
apetray@ftblaw.com
lherzik@ftblaw.com
**COUNSEL FOR GRANITE CONSTRUCTION COMPANY**

Dated: September 16, 2026

**CLARK HILL PLC**

*/s/ Karen M. Grivner*
Karen M. Grivner (Bar No. 4372)
824 North Market Street, Suite 710
Wilmington, Delaware 19801
Phone: 302-250-4750
kgrivner@clarkhill.com

AND

**HUSCH BLACKWELL LLP**

Michael A. Brandess (IL SBN 6299158)
(*Admitted Pro Hac Vice*)
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: 302-526-1542
Fax: 302-655-1501
michael.brandess@huschblackwell.com

AND

Morgan A. Hutchinson (MO Bar No. 75616)
(*Admitted Pro Hac Vice*)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: 816-983-8193
Fax: 816-983-8080
morgan.hutchinson@huschblackwell.com

**COUNSEL FOR SILVERROCK RESORT INVESTMENT LLC AND SILVERROCK RESORT INVESTMENT M LLC**