**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; KEILLOR CAPITAL, INC., a California corporation; RAF PACIFICA LOAN OPPORTUNITY FUND I, LLC, a Delaware limited liability company; ARNOLD FISHMAN, AS TRUSTEE OF THE ARNOLD FISHMAN REVOCABLE TRUST DATED JULY 15, 1999; CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL, a Washington limited liability company; SILVERROCK RESORT INVESTMENT M, LLC, a Wisconsin limited liability company; SILVERROCK RESORT INVESTMENT LLC, a Wisconsin limited liability company; and POPPY BANK, a California corporation,<br><br>Defendants. | Adv. Pro. No. 26-50631 (MFW) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Granite Construction Company and Defendant Poppy Bank ("Poppy"), that:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

1. The time within which Poppy must answer, move, or otherwise respond to the complaint in the above-captioned adversary proceeding is extended through and including September 30, 2026.

Dated: September 16, 2026

**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DE Bar No. 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
Telephone: (302) 472-7420
skaufman@skaufmanlaw.com

AND

**BARCLAY DAMON LLP**

Ilan Markus
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Telephone: (203) 672-2611
imarkus@barclaydamon.com

AND

**FINCH, THORNTON & BAIRD, LLP**
Andrea L. Petray
Lindsey C. Herzik
4747 Executive Drive
San Diego, CA 92121
Telephone: (858) 737-3100
apetray@ftblaw.com
lherzik@ftblaw.com

**COUNSEL FOR GRANITE CONSTRUCTION COMPANY**

Dated: September 16, 2026

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com

AND

**ABBEY, WEITZENBERG, WARREN & EMERY**

Mitchell B. Greenberg (admitted *pro hac vice*)
100 Stony Point Rd., Suite 200
Santa Rosa, CA 95401
Telephone: (707) 542-5050
mgreenberg@abbeylaw.com

AND

**STOEL RIVES LLP**

Kirsten Worley (admitted *pro hac vice*)
501 West Broadway, Suite 2000
San Diego, CA 92101
Telephone: (858) 602-4909
kirsten.worley@stoel.com

**COUNSEL FOR POPPY BANK**