**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SILVERROCK DEVELOPMENT COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; *et al.*,<br><br>Defendants. | Adv. Pro. No. 26-50631-MFW |

**KEILLOR CAPITAL, INC., RAF PACIFICA LOAN OPPORTUNITY FUND I, LLC, AND ARNOLD FISHMAN'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012(b), Defendants RAF Pacifica Loan Opportunity Fund I, LLC, Arnold Fishman, as Trustee of the Arnold Fishman Revocable Trust Dated July 15, 1999, and Keillor Capital, Inc. (collectively, the "Keillor Defendants"), by and through their undersigned counsel, respectfully move this Court for an order dismissing, with prejudice, Plaintiff Granite Construction Company's ("Granite") Complaint for failure to state a claim upon which relief can be granted. Concurrently herewith, the Keillor Defendants submit their Brief in Support of the Keillor Defendants' Motion to Dismiss as well as their Request for Judicial Notice.

WHEREFORE, the Keillor Defendants respectfully request that this Court enter an order (i) dismissing the Granite's Complaint with prejudice as to the Keillor Defendants, and (ii) granting such other or additional relief as the Court deems just and appropriate.

**GREENBERG TRAURIG, LLP**

*/s/ Anthony W. Clark*
Anthony W. Clark (DE Bar No. 2051)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Tel: (302) 661-7000
anthony.clark@gtlaw.com

*Attorneys for RAF Pacifica Loan Opportunity Fund I, LLC and Arnold Fishman, as Trustee of the Arnold Fishman Revocable Trust dated July 15, 1999, and their servicing agent, Keillor Capital, Inc.*

OF COUNSEL:

Eric V. Rowen (*admitted pro hac*)
Julianna M. Simon (*admitted pro hac*)
Sheri M. Kanesaka (*admitted pro hac*)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Email: eric.rowen@gtlaw.com
julianna.simon@gtlaw.com
sheri.kanesaka@gtlaw.com

Dated: September 16, 2026