**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br>Plaintiff,<br>v.<br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; KEILLOR CAPITAL, INC., a California corporation; RAF PACIFICA LOAN OPPORTUNITY FUND I, LLC, a Delaware limited liability company; ARNOLD FISHMAN, AS TRUSTEE OF THE ARNOLD FISHMAN REVOCABLE TRUST DATED JULY 15, 1999; CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL, a Washington limited liability company; SILVERROCK RESORT INVESTMENT M, LLC, a Wisconsin limited liability company; SILVERROCK RESORT INVESTMENT LLC, a Wisconsin limited liability company; and POPPY BANK, a California corporation,<br>Defendants. | Adv. Pro. No. 26-50631 (MFW) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Granite Construction Company and Defendant Construction Loan Services II, LLC d/b/a Builders Capital ("Builders"), that:

The time within which Builders must answer, move, or otherwise respond to the Complaint in the above-captioned adversary proceeding is extended through and including September 30, 2026.



121392415.1

Dated: September 17, 2026

**LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

*/s/ Susan E. Kaufman Susan E.*
Kaufman (DE Bar No. 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
Telephone: (302) 472-7420
skaufman@skaufmanlaw.com

**AND BARCLAY DAMON LLP**

Ilan Markus
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Telephone: (203) 672-2611
imarkus@barclaydamon.com

AND

**FINCH, THORNTON & BAIRD, LLP**

Andrea L. Petray
Lindsey C. Herzik
4747 Executive Drive San Diego, CA 92121
Telephone: (858) 737-3100
apetray@ftblaw.com
lherzik@ftblaw.com

**COUNSEL FOR GRANITE CONSTRUCTION COMPANY**

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

-and-

Ira D. Kharasch, Esq. (*pro hac vice* ECF 940)
Gregory V. Demo, Esq. (*pro hac vice* ECF 935)
Jordan A. Kroop, Esq. (*pro hac vice* ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**POLSINELLI PC**

Michael L. Schuster (*pro hac vice* ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
Fascimile: (302) 252-0921
Email: mschuster@polsinelli.com

**COUNSEL FOR BUILDERS CAPITAL**