**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; KEILLOR CAPITAL, INC., a California corporation; RAF PACIFICA LOAN OPPORTUNITY FUND I, LLC, a Delaware limited liability company; ARNOLD FISHMAN, AS TRUSTEE OF THE ARNOLD FISHMAN REVOCABLE TRUST DATED JULY 15, 1999; CONSTRUCTION LOAN SERVICES II, LLC D/B/A BUILDERS CAPITAL, a Washington limited liability company; SILVERROCK RESORT INVESTMENT M, LLC, a Wisconsin limited liability company; SILVERROCK RESORT INVESTMENT LLC, a Wisconsin limited liability company; and POPPY BANK, a California corporation,<br><br>Defendants. | Adv. Pro No. 26-50631 (MFW) |

**<u>NOTICE OF JOINDER AND MOTION TO DISMISS</u>**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012(b), Defendant Cassidy Traub, as co-trustee of the Traub Family Revocable Trust (the "Traub Trust") hereby moves to dismiss all counts asserted in the complaint filed in the above-captioned adversary proceeding (the "Complaint") against the Traub Trust and joins in the motion [Docket No. 20] (the "Motion to Dismiss") filed by Keillor Capital, Inc., RAF Pacifica Loan Opportunity Fund I, LLC, and Arnold Fishman (the "Keillor Defendants") to dismiss the Complaint.

The Traub Trust hereby adopts and incorporates by reference the arguments set forth in the Memorandum of Law in support of the Keillor Defendants' Motion to Dismiss [Docket No. 21] (the "Memorandum of Law") with respect to counts IV,[2] VI, VII, VIII, IX, and X of the Complaint. The allegations against the Traub Trust arise from the same alleged mechanic's lien and concern the same parcel identified in Counts II and VI. Accordingly, the legal deficiencies identified in the Motion to Dismiss and Memorandum of Law apply equally to Counts IV, VI, VII, VIII, IX, and X as asserted against the Traub Trust. To the extent any argument in the Motion to Dismiss and/or Memorandum of Law is specific to the Keillor Defendants, the Traub Trust joins only those arguments that are equally applicable to the counts asserted against the Traub Trust.

[*Signature page follows*]

---

[2] Count IV of the Complaint is asserted directly against the Traub Trust and therefore the Motion to Dismiss and the Memorandum of Law do not specifically address Count IV. However, Count II and Count IV are substantially similar and therefore the Traub Trust adopts the arguments set forth in the Memorandum of Law with respect to Count II of the Complaint and asserts them here with respect to Count IV of the Complaint as pleaded against the Traub Trust.

Dated: September 30, 2026

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Kenneth J. Enos (No. 4544)
S. Alexander Faris (No. 6278)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: kenos@ycst.com
afaris@ycst.com

*Counsel to the Traub Trust*