**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; *et al.*<br><br>Defendants. | Adv. Pro No. 26-50631 (MFW)<br><br>Related Docket Nos. 36 and 37 |

**ORDER APPROVING STIPULATION FOR BRIEFING SCHEDULE BETWEEN GRANITE CONSTRUCTION COMPANY AND POPPY BANK IN CONNECTION WITH POPPY BANK'S MOTION TO DISMISS THE COMPLAINT**

Upon the *Certification of Counsel Submitting Order Approving Stipulation for Briefing Schedule Between Granite Construction Company and Poppy Bank in Connection with Poppy Bank's Motion to Dismiss the Complaint*; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and this Court

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

having found venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation which is attached hereto as **Exhibit 1**; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order to the extent permitted by applicable law.

**Dated: October 20th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**