# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015; *et al.*<br><br>Defendants. | Adv. Pro No. 26-50631 (MFW) |

**STIPULATION FOR BRIEFING SCHEDULE BETWEEN GRANITE CONSTRUCTION COMPANY AND POPPY BANK IN CONNECTION WITH POPPY BANK'S MOTION TO DISMISS THE COMPLAINT**

This stipulation ("Stipulation") is made and entered into by and between a) Granite Construction Company ("Granite") on one hand and b) Poppy Bank ("Poppy"), on the other hand. For purposes of this Stipulation, Granite and Poppy are each a "Party" and collectively, the "Parties."

**RECITALS**

A. On August 14, 2026, Granite filed the captioned adversary proceeding. [D.I. 1].

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

B. On August 17, 2026, Granite issued a Summons and served the Complaint on all defendants, including Poppy Bank. [D.I. 3].

C. On October 14, 2026, Poppy filed the following pleadings:

1. Motion to Dismiss the Complaint ("Motion to Dismiss") [D.I. 36]; and
2. Memorandum of Law in Support of Motion to Dismiss the Complaint [D.I. 37].

D. On October 19, 2026, the Parties met and conferred and agreed upon a briefing schedule for the Motion to Dismiss.

**STIPULATION**

NOW THEREFORE, it is hereby stipulated and agreed to by and between the Parties, as follows:

1. Recitals. The foregoing recitals are hereby fully incorporated into and made an express part of this Stipulation.

2. Briefing Schedule.

   a. Granite will file its responsive memorandum of law to Poppy's Motion to Dismiss on or before November 11, 2026.

   b. Poppy Bank may file a reply memorandum of law on or before November 23, 2026.

3. This Stipulation and any order approving it shall be binding on the Parties and their successors and assigns.

4. The Parties participated collectively in the drafting of this Stipulation, and accordingly, the drafting of this Stipulation shall not to be attributed solely to any one Party.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

Dated: October 19, 2026

**ESBROOK P.C.**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (DE Bar # 3320)
Scott J. Leonhardt (DE Bar #4885)
Jared T. Green (DE Bar #5179)
800 North King Street, Suite 301
Wilmington, DE 19801
Telephone: (302) 408-7353
Email: maria.sawczuk@esbrook.com
scott.leonhardt@esbrook.com
jared.green@esbrook.com

AND

**FINCH, THORNTON & BAIRD, LLP**
Andrea L. Petray
Lindsey C. Herzik
4747 Executive Drive
San Diego, CA 92121
Telephone: 858-737-3100
Email: apetray@ftblaw.com
lherzik@ftblaw.com

*Counsel for Granite Construction Company*

Dated: October 19, 2026

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar # 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-6813
Email: mark.minuti@saul.com

*Counsel to Defendant Poppy Bank*