**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SILVERROCK DEVELOPMENT COMPANY, LLC, *et al.*[2],<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered) |
| GRANITE CONSTRUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDY TRAUB, AS CO-TRUSTEE OF TRAUB FAMILY REVOCABLE TRUST, DATED JANUARY 22, 2015, *et al.*<br><br>Defendants. | Adv. Pro. No. 26-50631 (MFW)<br><br>Related to Docket Nos. 35 |

**ORDER GRANTING GRANITE CONSTRUCTION COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO KEILLOR CAPITAL, INC., RAF PACIFICA LOAN OPPORTUNITY FUND I, LLC AND ARNOLD FISHMAN'S MOTION TO DISMISS THE COMPLAINT**

WHEREAS on October 14, 2026, Plaintiff Granite Construction Company filed the *Request for Judicial Notice in Support of its Opposition to Keillor Capital, Inc., RAF Pacifica Loan Opportunity Fund I, LLC, and Arnold Fishman's Motion to Dismiss the Complaint* (the "Request");

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

WHEREAS, no answer, objection, or otherwise responsive pleading to the Request has been filed;

IT IS HEREBY ORDERED THIS ___ DAY OF NOVEMBER 2026 that:

1. The Request is GRANTED.

2. The Court shall take judicial notice of the documents attached to the Request as **Exhibit A**.

**Dated: November 12th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**